1  MICHELE BECKWITH
   Acting United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | Case No. 5:25-po-00071-CDB
12 |                    Plaintiff,     | [Citation #7055615, CA/14]
13 | v.                                |
14 | MARCOS E. CONTRERAS,              | MOTION TO AMEND LISTED COLLATERAL
                                         AMOUNT ON CITATION
15 |                    Defendant.     |
16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Chan Hee Chu, Assistant United States Attorney, hereby moves to amend [Citation #7055615,

20 CA/14] in Case No. 5:25-po-00071-CDB against MARCOS E. CONTRERAS, so that the listed total

21 collateral amount is $230.00.

22

23 DATED: March 25, 2025                          Respectfully submitted,

24                                                MICHELE BECKWITH
                                                  Acting United States Attorney
25
                                        By:       /s/ *Chan Hee Chu*
26                                                CHAN HEE CHU
                                                  Assistant United States Attorney
27

28

                                                           USA v. Contreras
                                                           Case No. 5:25-po-00071-CDB

**O R D E R**

IT IS HEREBY ORDERED that [Citation #7055615, CA/14] in Case No. 5:25-po-00071-CDB against MARCOS E. CONTRERAS, is amended to reflect the listed total collateral amount is reduced to $230.00.

IT IS SO ORDERED.

Dated:   **March 25, 2025**

_____
UNITED STATES MAGISTRATE JUDGE